

Berkeley Office
2150 Dwight Way
Berkeley, CA 94704
(510) 540-0878 tel
(510) 540-0403 fax

West Oakland Office
2601 San Pablo Ave.
Oakland, CA, 94612
(510) 695-2260 tel
(510) 858-7867 fax

RACHAEL HOLMES
Attorney for Plaintiff
Homeless Action Center
2150 Dwight Way
Berkeley, CA 94704
(510) 698-1620
(510) 540-0403 fax
rholmes@homelessactioncenter.org

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tyrrell Brooks,<br><br>      Plaintiff,<br><br>      v.<br><br>Kilolo Kijakazi,<br><br>Commissioner of Social Security<br><br>      Defendant. | CIVIL NO. 1:23-cv-05512-RMI |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of seven thousand eight hundred dollars ($7800.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of $7800.00 in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Mr. Brooks (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Date: 3/25/25                          ALAMEDA COUNTY HOMELESS ACTION CENTER

                                       By:   /s/ *Rachael L. Holmes*
                                                   Attorney for Plaintiff

                                             /s/ *Rami M. Vanegas*
                                                   Attorney for Defendant

Based upon the parties' Stipulation for the Award and Payment of EAJA Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount seven thousand eight hundred dollars ($7800.00), as authorized by 28 U.S.C. §§ 1920.2412(d), subject to the terms of the above-referenced Stipulation.

Dated: September 2, 2025

HONORABLE ROBERT M. ILLMAN
United States District Court Magistrate